[No. 3915. Decided June 28, 1901.]

LONDON & SAN FRANCISCO BANK, LIMITED, *Appellant*, v. GEORGE E. FORD *et ux.*, *Respondents*.

Appeal from Superior Court, Kittitas County.—Hon JOHN B. DAVIDSON, Judge. Affirmed.

*Kauffman & Frost*, for appellant.

PER CURIAM.—This case depends entirely upon the facts proven. The facts as found by the court are justified by the evidence produced and the conclusions of law are properly deduced from the facts found. Judgment affirmed.